U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 22 2000
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS d/b/a ST. CHARLES GALLERY and GOWRI S. KAILAS, | * | Civil Action No.: 00-0159 |
| Plaintiffs | * | |
| | | Section: L |
| VERSUS | * | |
| | | Magistrate: |
| TERRENCE A. BUTLER and VERONICA LaCRUE, | * | Mag 1 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Defendant, VERONICA LaCRUE, respectfully moves the Court enter an Order extending the time within which the Defendant may respond to the Complaint served by the Plaintiffs for a period of thirty (30) days. In support of this Motion, the Defendant shows unto the Court as follows.

1. On March 6, 2000, the Plaintiffs served their Complaint upon the Defendant by mail.

2. The Defendant is a resident of the State of Colorado. The Defendant has no acquaintances in nor connections with the State of Louisiana.

3. The Defendant desires to retain counsel in the State of Louisiana to file a proper response to the Plaintiff's Complaint. Because the Defendant has not acquaintances in nor connections with the State of Louisiana, the Defendant has been unable to secure counsel as of the date of this Motion.

DATE OF ENTRY
MAR 2 4 2000

Page 1



4. The Defendant respectfully requests she be given an additional period of thirty (30) days, through April 19, 2000, to retain counsel and file an appropriate response to the Plaintiffs' Complaint.

5. No prejudice will result to the Court nor to the parties if this Motion is granted. The granting of this Motion will serve the ends of justice in that the defenses of the Defendant to the claims of the Plaintiffs will be properly brought before the Court.

6. This Motion is the Defendant's first request for an extension of time to respond to the Plaintiffs' Complaint.

7. The Defendant has endeavored to contact counsel for the Plaintiffs regarding the filing of this Motion. The Defendant was unable to reach counsel for the Plaintiffs prior to the filing of this Motion.

WHEREFORE, the Defendant, Veronica LaCrue, prays the Court extend the time within which the Defendant may respond to the Plaintiffs' Complaint for a period of thirty (30) days through April 19, 2000; and prays for such other relief as the Court deems just.

DATED March 21, 2000.

VERONICA LaCRUE

*Veronica LaCrue*
Veronica LaCrue
4564 Alcott Street
Denver, CO 80211
(303) 455-2193

## CERTIFICATE OF MAILING

I hereby certify that I have on March 21, 2000 mailed a true and accurate copy of the foregoing **MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** by placing the same in the United States mail, postage prepaid, addressed to the following:

>Glyn J. Godwin, Esq.
>10001 Lake Forest Boulevard
>New Orleans, LA 70127

*/s/ Veronica LeCn*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS d/b/a ST. CHARLES GALLERY and GOWRI S. KAILAS,<br>　　　　Plaintiffs | * * * | Civil Action No.: 00-0159<br><br>Section: L |
| VERSUS | * | |
| TERRENCE A. BUTLER and VERONICA LaCRUE,<br>　　　　Defendants | * * | Magistrate:<br>Mag 1 |

* * * * * * * * *

**ORDER GRANTING
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

---

THE MATTER of the Motion of the Defendant, Veronica LaCrue, for Extension of Time to Respond to Complaint has come before the Court. The Court has reviewed the Motion, has reviewed the file and is fully advised.

IT IS ORDERED the Motion is hereby granted. The Defendant, Veronica LaCrue, shall have through and including April 19, 2000 to file a response to the Plaintiffs' Complaint.

DATED this 23 day of March 2000.

BY THE COURT:

_____
U.S. District Court Judge

Page 1