FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -2  P 3:50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS D/B/A ST. CHARLES GALLERY AND GOWRI S. KAILAS | ) | CIVIL ACTION |
| Plaintiffs | ) | NO. 00-0159 |
| VERSUS | ) | SECTION L (MAG 1) |
| TERRENCE A BUTLER AND VERONICA LaCRUE | ) ) | |
| Defendants | ) ) | |

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes defendant, Veronica LaCrue, in the above captioned matter, and upon suggesting to the court that Thomas G. Buck of the firm of Blue Williams, L.L.P., 3421 N. Causeway Boulevard, Suite 901, Metairie, LA 70002 be enrolled as counsel of record in the above captioned matter.

Respectfully submitted,

BLUE WILLIAMS, L.L.P

DATE OF ENTRY
MAY - 5 2000

_____
THOMAS G. BUCK (#14107)
3421 N. Causeway Boulevard
Ninth Floor
Metairie, LA 70002-3760
Telephone: (504) 831-4091

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Motion to Enroll as Counsel this 25th day of April, 2000 by placing the same in the United Sates mail, postage prepaid, addressed to the following:

Glyn J. Godwin, Esq.
10001 Lake Forest Boulevard
New Orleans, LA 70127

_____
THOMAS G BUCK

Fee_____
Process___
X /Dktd___
___/CtRmDep___
Doc.No.___

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS D/B/A ST. CHARLES GALLERY AND GOWRI S. KAILAS | ) | CIVIL ACTION |
| Plaintiffs | ) | NO. 00-0159 |
| VERSUS | ) | SECTION L (MAG 1) |
| TERRENCE A BUTLER AND VERONICA LaCRUE | ) ) | |
| Defendants | ) ) | |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Thomas G. Buck of the firm of Blue Williams, L.L.P., 3421 N. Causeway Boulevard, Suite 901, Metairie, LA 70002 be and the same is hereby enrolled as counsel of record in the above captioned matter.

New Orleans, Louisiana this 3 day of May, 2000.

_____
JUDGE