FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAY -2 P 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS D/B/A ST. CHARLES GALLERY AND GOWRI S. KAILAS | ) | CIVIL ACTION |
| Plaintiffs | ) | NO. 00-0159 |
| VERSUS | ) | SECTION L (MAG 1) |
| TERRENCE A BUTLER AND VERONICA LaCRUE | ) ) | |
| Defendants | ) ) | |

MOTION FOR EXTENSION OF TIME

ON MOTION of defendant, Veronica LaCrue, and on suggesting to the Court that mover and its counsel require additional time within which to investigate the Petition filed by plaintiffs, Shoba Kailas d/b/a St. Charles Gallery and Gowri S. Kailas, and to prepare and file pleadings in response to the Petition; that for this purpose mover desires an extension of time until May 25, 2000, within which to plead in this suit, and that no prior extension of time has been granted by the Court or by Counsel. *There is no objection filed in the record.*

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

_____
THOMAS G. BUCK     (14107)
3421 N. Causeway Boulevard, Suite 901
Metairie, LA 70002
Telephone: (504) 831-4091

DATE OF ENTRY
MAY - 5 2000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for all parties by placing same in the U.S. Mail, postage prepaid and properly addressed on April 25, 2000.

_____
THOMAS G. BUCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS D/B/A ST. CHARLES GALLERY AND GOWRI S. KAILAS | ) | CIVIL ACTION |
| Plaintiffs | ) | NO. 00-0159 |
| VERSUS | ) | SECTION L (MAG 1) |
| TERRENCE A BUTLER AND VERONICA LaCRUE | ) ) | |
| Defendants | ) ) | |

## O R D E R

IT IS ORDERED that defendant, Veronica LaCrue, is hereby granted an extension of time until May 25, 2000, within which to plead in the above-entitled and numbered suit.

New Orleans, Louisiana, this __3__ day of __May__, 2000.

_____
JUDGE