

COPY IN CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al. | * | Civil Action |
| Plaintiffs | | |
| | * | |
| | | No. 00-0159 |
| *versus* | * | |
| | | |
| TERRENCE A. BUTLER, et al. | * | Section: "L" |
| Defendants | | |
| * * * * * * * * * * * * * | | Magistrate: 1 |

### MOTION FOR LEAVE TO FILE SECOND MOTION
### FOR EXTENSION OF TIME TO SERVE DEFENDANT

**Now Come,** plaintiffs, who request leave to file their Second Motion for Extension of Time to Serve Defendant in the above matter, as plaintiffs have now learned that defendant, Terrence A. Butler is evading service.

Respectfully Submitted:

_____
GLYN J. GODWIN (LSBA No. 6076)
Executive Plaza Building, Suite 900
10001 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 245-3911
Telecopier: (504) 245-8143

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on counsel for all parties by depositing same in the U.S. Mail this ___ day of June, 2000.

_____
Glyn J. Godwin

DATE OF ENTRY
JUL 12 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al.<br>Plaintiff | * | Civil Action |
| | * | |
| | | No. 00-0159 |
| *versus* | * | |
| TERRENCE A. BUTLER, et al.<br>Defendants | * | Section: "L" |
| * * * * * * * * * * * * * * | | Magistrate: 1 |

## ORDER

**IT IS ORDERED** that plaintiffs be permitted to file their Second Motion for Extension of Time to Serve Defendant in the above matter.

**New Orleans, Louisiana, this** 11th **day of** July **, 2000.**

_____
JUDGE