

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al.<br>Plaintiffs | * | Civil Action |
| | * | |
| | | No. 00-0159 |
| *versus* | * | |
| | | |
| TERRENCE A. BUTLER, et al.<br>Defendants | * | Section: "L" |
| * * * * * * * * * * * * * | | Magistrate: 1 |

### SECOND MOTION FOR EXTENSION
### OF TIME TO SERVE DEFENDANT

**Now Come,** plaintiffs, who upon suggestion to the Court shows that defendant, Terrence A. Butler, has moved to an electronically secure community which is now using to evade service, and that, furthermore, upon information and belief according to plaintiffs' investigators, he has relocated temporarily to Florida; that plaintiffs respectfully move the Court for an additional thirty (30) days from the date of the related Order serve Terrence A. Butler in his matter.

Respectfully Submitted:

_____
**GLYN J. GODWIN** (LSBA No. 6076)
10001 Lake Forest Boulevard, Suite 900
New Orleans, Louisiana 70127
Telephone: (504) 245-3911
Telecopier: (504) 245-8143

DATE OF ENTRY

JUL 1 2 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHOBA KAILAS, et al.**<br>Plaintiff | * | **Civil Action** |
| | * | |
| *versus* | * | **No. 00-0159** |
| | * | |
| **TERRENCE A. BUTLER, et al.**<br>Defendants | * | Section: "L" |
| * * * * * * * * * * * * * * | | Magistrate: 1 |

ORDER
_____

**IT IS ORDERED** that plaintiffs' are granted an additional thirty (30) days from the date of this Order to serve defendant, Terrence A. Butler in the above captioned cause.

**New Orleans, Louisiana,** this _11th_ day of _July_, 2000.

_____
JUDGE