```
                                        U. S. DISTRICT COURT
                                        EASTERN DISTRICT OF LOUISIANA
                                        FILED  8-16-00
                                        LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CALL DOCKET                                                 SECTION: L

You are hereby notified that the following cases in which issue is not joined or in which no action has taken place within the past 60 days will be called on **WEDNESDAY, SEPTEMBER 13, 2000, at 9:00 AM by JUDGE ELDON E. FALLON**, and if no good cause be shown for such inaction, they will be dismissed.

| Case No. | Caption |
|---|---|
| 99-1162 | IN RE: CHEVRON USA, INC. |
| ORDERED: | |
| 99-1790 | DAVIS OIL COMPANY V. GULF CANADA RESOURCES LTD.(c/w93-587) |
| ORDERED: | |
| 99-2066 | JOHNNY WAYNE WALKER V. NABORS OFFSHORE DRILLING, INC. |
| ORDERED: | |
| 99-2297 | BETTY MANNING V. HOECHST MARION ROUSEL |
| ORDERED: | |
| 99-2937 | DEXTER STRAW V. WARNER CHILCOTT LABORATORIES, INC., ET AL |
| ORDERED: | |
| 99-3375 | MICHAEL B. BROUSSARD V. TRANSOCEAN OFFSHORE, INC., ET AL |
| ORDERED: | |
| 99-3476 | SCOTTY FLYNN, ET AL V. AMOCO CORPORATION, ET AL |
| ORDERED: | |
| 99-3734 | IRENE THOMASON, ET AL V. MEDICAL CENTER OF LOUISIANA, ETC. |
| ORDERED: | |
| 00-121 | METROPOLITAN LIFE INS. CO. V. LEONARD WALLACE WRIGHT, ET AL |
| ORDERED: | |
| (00-159) | SHOBA KAILAS, ET AL V. TERRENCE A. BUTLER, ET AL |
| ORDERED: | |
| 00-238 | IN RE: WILSON MARINE TRANSPORTERS, INC. |
| ORDERED: | |
| 00-805 | DEBRA SUSAN BRYANT, ET AL V. AETNA U.S. HEALTHCARE, ET AL |
| ORDERED | |
| 00-1009 | MCI WORLDCOM COMMUNICATIONS V AXIOM REHABILITATION |
| ORDERED: | |
| 00-1217 | USA V. PATRICIA L. MITCHELL |
| ORDERED: | |
| 00-1356 | FRANK E. GARNER V. ANDREA DALTON, ET AL |
| ORDERED: | |
| 00-1429 | ERIC STANBERRY V. T. PARKER, ET AL |
| ORDERED: | |

```
___Fee___
___Process___
_X_Dktd___
___CtRmDep___
___Doc.No.___
```

## CALL DOCKET - WEDNESDAY, SEPTEMBER 13, 2000, 9AM - SECTION L

00-1430     REGINALD MCCANN V. USA, ET AL
ORDERED: _____

00-1531     LYDIA BERGERON, ET AL V. AMERADA HESS CORP.
ORDERED: _____

00-1629     LARRY DIXON, JR. V. TOMMY LOUK, ET AL
ORDERED: _____

00-1701     MARY LEE ALEXANDER V. MAGNOLIA SCHOOL, INC., ET AL
ORDERED: _____


*Gaylyn M. Lambert*
Gaylyn M. Lambert
Courtroom Deputy - Section L
504-589-7686