

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2000 AUG 14  PM 2: 28

    LORETTA G. WHYTE
         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al., | * | CIVIL ACTION |
| Plaintiff | * | NO. 00-0159 |
| | * | |
| VERSUS | * | SECTION "L" |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| TERRENCE A. BUTLER, et al., | * | MAGISTRATE (1) |
| Defendants | * | JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE THIRD EXTENSION
OF TIME TO SERVE DEFENDANT, TERRENCE A. BUTLER**

NOW COME, plaintiffs, through undersigned counsel, who request leave to file their Third Motion for Extension of Time to Serve Defendant, Terrence A. Butler in the above captioned cause, as plaintiffs have now learned that defendant, Terrence A. Butler is evading service.

Respectfully submitted,

_____
GLYN J. GODWIN, No. 6076
Executive Plaza Building, Suite 900
10001 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 245-3911

CERTIFICATE
I certify that a copy has been served on counsel for all parties by placing same in the United States Mail...

_____
Glyn J. Godwin

DATE OF ENTRY
AUG 1 8 2000

Fee _____
Process ___
Dktd _____
CtRmDc ____
Doc.No. ___

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al., | * | CIVIL ACTION |
| Plaintiff | * | NO. 00-0159 |
| | * | |
| VERSUS | * | SECTION "L" |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| TERRENCE A. BUTLER, et al., | * | MAGISTRATE (1) |
| Defendants | * | JUDGE SALLY SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**IT IS ORDERED** that plaintiffs be permitted to file their Third Motion for Extension of Time to Serve Defendant, Terrence A. Butler in the above-captioned cause.

New Orleans, Louisiana, the _12_ day of _Aug_, 2000.

_____
JUDGE