

MINUTE ENTRY
FALLON, J.
November 27, 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 00-159 |
| TERRENCE BUTLER, ET AL. | * | SECTION "L" (1) |

A status conference was held this date at 3:30 p.m. in the chambers of Judge Eldon E. Fallon. In attendance were Glyn Godwin for the plaintiffs and Thomas Buck for defendant Veronica Lacrue. Counsel are confident that the case will be ready for trial on the date which was selected by counsel at the preliminary conference, and the Court indicated that the trial date will be enforced.

IT IS ORDERED that counsel for the plaintiff depose defendant Veronica Lacrue within thirty (30) days.

DATE OF ENTRY
NOV 28 2000