

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al. | * | Civil Action |
|     Plaintiffs | | |
| | * | |
| | | No. 00-0159 |
| *versus* | * | |
| | | |
| TERRENCE A. BUTLER, et al. | * | Section: "L" |
|     Defendants | | |
| | | |
| * * * * * * * * * * * * * | | Magistrate: 1 |

### MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST AMENDING COMPLAINT

Now Come, plaintiffs, who request leave to file their First Amending Complaint, which is attached hereto and filed herewith.

Respectfully Submitted:

_____
GLYN J. GODWIN (LSBA No. 6076)
Executive Plaza Building, Suite 900
10001 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 245-3911
Telecopier: (504) 245-8143

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on counsel for all parties by depositing same in the United States Mails this _____ day of _____.

_____
Glyn J. Godwin

DATE OF ENTRY
DEC 6 2000

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS, et al. | * | Civil Action |
| Plaintiffs | * | |
| | * | No. 00-0159 |
| versus | * | |
| TERRENCE A. BUTLER, et al. | * | Section: "L" |
| Defendants | | |
| * * * * * * * * * * * * * * | | Magistrate: 1 |

### ORDER

IT IS ORDERED that the Plaintiffs' First Amending Petition be filed and served in accordance with Law.

New Orleans, Louisiana, this ____ day of _____, 2000.

_____
JUDGE