

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAR 23 PM 3: 57
MAR 2 3 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHOBA KAILAS D/B/A ST. CHARLES GALLERY AND GOWRI S. KAILAS | ) | CIVIL ACTION |
| Plaintiffs | ) | NO. 00-0159 |
| VERSUS | ) | SECTION L (MAG 1) |
| TERRENCE A BUTLER AND VERONICA LaCRUE | ) ) | |
| Defendants | ) ) | |

## WITNESS LIST

NOW INTO COURT, through undersigned counsel comes defendant, Veronica LaCrue, in the above captioned matter, and presents the following Witness List:

1.  Shoba Kailas–Fact;

2.  Gwori S. Kailas–Fact;

3.  Terrance A. Butler–Fact;

4.  Veronica LaCrue–Fact;

5.  Gary Mitchell–Fact;

278731.1

-1-

6.  Harold Wollman–Fact;

7.  Tom L. Zoff–Fact;

8.  Tim Mayham–Fact;

9.  Gilbert W. Lucero–Fact;

10. James M. Seter–Fact;

11. Mike Hoover–Fact;

12. Stephen D. Tebo–Fact;

13. Any and all witnesses called by any other party.

Respectfully submitted,

BLUE WILLIAMS, L.L.P

_____
THOMAS G. BUCK (#14107)
3421 N. Causeway Boulevard
Ninth Floor
Metairie, LA 70002-3760
Telephone: (504) 831-4091

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this 22 day of March, 2001.

_____
THOMAS G. BUCK

278731.1

-2-