

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHOBA KAILAS D/B/A ST. CHARLES GALLERY AND GOWRI S. KAILAS ) | CIVIL ACTION |
| Plaintiffs ) | NO. 00-0159 |
| VERSUS ) | SECTION L (MAG 1) |
| TERRENCE A BUTLER AND VERONICA LaCRUE ) ) | |
| Defendants ) | |

## EXHIBIT LIST

NOW INTO COURT, through undersigned counsel comes defendant, Veronica LaCrue, in the above captioned matter, and presents the following Exhibit List:

1. Contract(s) from Berg Showcase Manufacturing, Inc.;

2. Affidavit of Harold Wollman;;

3. Affidavit of Tom L. Zoff;

4. Affidavit of Tim Mayham;

5. Affidavit of Gilbert W. Lucero;

278737.1

-1-

6. Affidavit of James M. Seter;

7. Affidavit of Mike Hoover;

8. Affidavit of Stephen D. Tebo;

9. Diagram of Showcases;

10. Photographs of Showcases;

11. Any and all exhibits listed by any other party.

          Respectfully submitted,

          BLUE WILLIAMS, L.L.P

          _____
          THOMAS G. BUCK (#14107)
          3421 N. Causeway Boulevard
          Ninth Floor
          Metairie, LA 70002-3760
          Telephone: (504) 831-4091

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on all counsel of record in these proceedings by United States Mail, postage prepaid, this 22 day of March, 2001.

          _____
          THOMAS G. BUCK

278737.1

-2-