FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY -1 AM 9: 16

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHOBA KAILAS d/b/a** | * | **CIVIL ACTION NO. 00-0159** |
| **ST. CHARLES GALLERY** | * | |
| **AND GOWRI S. KAILAS** | * | |
| Plaintiffs | * | **SECTION "L"** |
| | * | **JUDGE ELDON E. FALLON** |
| **VERSUS** | * | |
| | * | |
| **TERRENCE A. BUTLER AND** | * | **MAGISTRATE (1)** |
| **VERONICA LaCRUE** | * | **JUDGE SALLY SHUSHAN** |
| Defendants | * | |

*  *  *  *  *  *  *  *  *  *  *  *

## MOTION TO DISMISS WITH PREJUDICE

**Now Comes,** Glyn J. Godwin, counsel for plaintiffs, Shoba Kailas *d/b/a* St. Charles

Gallery and Gowri S. Kailas, and on suggesting to the Court that this matter has been amicably

resolved; that trial is set to commence on Monday, May 21, 2001; accordingly, mover desires to

dismiss the said cause in its entirety, with prejudice.

**IT IS ORDERED BY THE COURT** that the above entitled and numbered cause be and

DATE OF ENTRY
MAY   7 2001

Fee_____
Process_____
X  Dktd  ﬦﬦﬦ
✓  CtRmDep_____
Doc.No._18_____

the same is hereby dismissed with prejudice.

**New Orleans, Louisiana**, this _____ day of _____, 2001.

_____
**J U D G E**

Respectfully submitted:

_____
**GLYN J. GODWIN (LSBA No. 6076)**
Executive Plaza Building, Suite 900
10001 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 245-3911

<u>CERTIFICATE</u>

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing same in the United States Mail, postage prepaid, this 27 day of April, 2001

_____